# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

DEREK MAURICE PARKS, SR.                                                          PLAINTIFF
ADC #128186

V.                                      NO: 2:09CV00153 JMM

JOE HUGHES *et al.*                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to voluntarily dismiss his complaint (docket entry #4) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

DATED this  27   day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE