IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DEREK MAURICE PARKS, SR.                                                PLAINTIFF
ADC #128186

V.                                          NO: 2:09CV00153 JMM

JOE HUGHES *et al.*                                                     DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this  27   day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE